NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000517
02-AUG-2018
11:51 AM

NO. CAAP-18-0000517

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KEVIN GEORGE HIGA, Plaintiff-Appellant,
v.
DANA MICHELLE KAPUAHOU HIGA, Defendant-Appellee.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-D No. 16-1-0566)

ORDER APPROVING THE JULY 16, 2018 STIPULATION TO DISMISS APPEAL
(By: Fujise, Presiding Judge, Leonard and Reifurth, JJ.)

Upon consideration of the July 16, 2018 "Stipulation to Dismiss Notice of Appeal Filed June 25, 2018," by Plaintiff-Appellant Kevin George Higa and Defendant-Appellee Dana Michelle Kapuahou Higa, and the record, it appears that (1) the appeal has not been docketed; (2) pursuant to Rule 42(a) of the Hawai'i Rules of Appellate Procedure, the parties stipulate to dismiss the appeal and bear their own costs and attorneys' fees incurred on appeal; and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved, and the appeal is dismissed.  The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, **August 2, 2018.**

Presiding Judge

Associate Judge

Associate Judge